No. A–389. ALLGOOD ET AL. *v.* BREWER ET AL. Application for stay of order of District Court for the Eastern District of Virginia presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. ——. JACKSON ET AL. *v.* ELLINGTON ET AL. D. C. W. D. Tenn. Motion of appellee Canale to dismiss cause pursuant to Rule 14 (3) of the Rules of this Court granted.

No. 45, Orig. WASHINGTON ET AL. *v.* GENERAL MOTORS CORP. ET AL. Motion of Heart Disease Research Foundation et al. for leave to intervene and to participate in oral argument denied. Motion of Attorney General of California for leave to participate in oral argument as *amicus curiae* denied. [For earlier orders herein, see, *e. g.,* 403 U. S. 949.]

No. 154, October Term, 1970. JAMES ET AL. *v.* VALTIERRA ET AL.; and

No. 226, October Term, 1970. SHAFFER *v.* VALTIERRA ET AL., 402 U. S. 137. Motions of appellees to be relieved of costs denied.

No. 281, October Term, 1970. SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL., 402 U. S. 1. Pursuant to motion of petitioners to tax costs herein, it is ordered that one-half of the taxable costs herein shall be allowed to petitioners, to be paid by respondents.